FITE *v.* WHITTEMORE.

ATKINSON, J. The amendment in aid of the levy involved in this case was in substance a complaint at law seeking a personal judgment for breach of warranty. Being of this character, the bill of exceptions assigning error on the judgment dismissing the action presents a case of which the Court of Appeals has jurisdiction, and the writ of error is not within the jurisdiction of this court.

*Transferred to Court of Appeals. All the Justices concur.*

No. 6563. FEBRUARY 19, 1929.

*Y. A. Henderson* and *J. M. Lang,* for plaintiff.
*J. G. B. Erwin* and *F. A. Cantrell,* for defendant